O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF California

**FILED**
SEP 24 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.
AMIR HECHTER

WAIVER OF INDICTMENT

CASE NUMBER: 14 CR 2701 - BEN

I, Amir Hechter, the above named defendant, who is accused of conspiracy, in violation of 18 U.S.C. 371,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/24/2014 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer