UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 14 CR 2701-BEN |
| Plaintiff, ) | NOTICE OF RELATED CASE |
| v. ) | |
| AMIR HECHTER, ) | |
| Defendant. ) | |

FILED
SEP 24 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           CP          DEPUTY

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to United States v. Robert Moreno, Crim. No. 14CR2277-BEN, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

___ (1)   More than one indictment or information is filed or pending against the same defendant or defendants;

_X_ (2)   Prosecution against different defendants arises from,

   ___ (a)   a common wiretap,

   _X_ (b)   a common search warrant,

   _X_ (c)   activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: 9/19/14

LAURA E. DUFFY
United States Attorney